Tuesday,
December 9.

WATSON and Another *v.* MATTOX, on Appeal.

ASSUMPSIT by *Mattox* against *John H. Watson* and *Henry Allen,* for a quantity of plank sold and·delivered. Plea, the general issue. There was some evidence of *Watson's* acknowledgment of his having received the plank; but there was no proof of any liability on the part of *Allen.*

*Held,* that this being an action on a contract against two persons, and there being no evidence except as to one of them, the plaintiff could not recover. 1 Chitt. Pl. 50.

---

O'BRIEN and Others, Executors, *v.* HOLLAND, Administrator, in Error.

Tuesday,
December 9,

A BILL in chancery was filed against the executors of a testator for money alleged to have been received by the deceased for the use of the complainant's ancestor. It appeared, by the evidence, that more than thirty years had elapsed since the receipt of the money. *Held,* that, so long a time having elapsed, payment of the demand should be presumed. 1 Madd. 99.—Jer. Eq. 549.—*Smith* v. *Clay,* Amb. 645.—*Hovenden* v. *Ld. Annesley,* 2 Sch. & Lef. 607, 630.—*Ellison* v. *Moffatt,* 1 Johns. C. Rep. 46.